**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**SMALL**

**VS.**

**AMGEN**

**CASE NO:2:12-CV-476**

| | | | |
|---|---|---|---|
| **JUDGE:** | Mac R. McCoy | **COUNSEL FOR PLAINTIFF** | Keith Altman |
| **DEPUTY CLERK:** | Bette-Jo Herren | **COUNSEL FOR DEFENDANT:** | Lauren Colton, David Johnson |
| **DIGITAL RECORDING** | | | |
| **DATE:** 12/13/16 | **Start:** 4:55 pm | **Stop:** 5:30 pm | **Total Bench Time** 35 minutes |

**Proceedings**:

For the reasons stated on the record, the Court limited Plaintiffs' questions concerning de-challenge and re-challenge, as stated on the record.

The hearing was transcribed by the court reporter at the deposition. The transcript of the hearing as transcribed by the court reporter shall serve as the official record of the proceedings.