# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| REBECCA A. SMALL and<br>LAWRENCE W. SMALL<br>    Plaintiffs,<br><br>v.<br><br>AMGEN INC., *et al.*,<br>    Defendants. | )<br>)<br>)<br>) C.A. No.: 2:12-CV-00476-PAM-MRM<br>)<br>) PLAINTIFFS DESIGNATION OF EXPERTS<br>)<br>) |

Plaintiffs, pursuant to Fed. R. Civ. P. 26(a)(2)(c) make the following disclosure of expert testimony to be elicited at trial on the question of whether Enbrel has the capacity to cause or contribute to the diverticular infections generally and as to whether the Enbrel caused Ms. Small's injuries:

1. Dr. Catherine Kowal

    a. Subject Matter on Which the Witness is Expected to Testify

    Dr. Kowal will discuss her medical treatment of Ms. Small.

    b. Summary of the Testimony

    Dr. Kowal will discuss her medical records providing treatment to Ms. Small. She will discuss the relationship between Enbrel and infections and Enbrel and Ms. Small's infections. She will also discuss the nature of her injuries and treatment required as a result of the injuries.

2. Dr. Mark Brown (NCH Physician Group)

    a. Subject Matter on Which the Witness is Expected to Testify

Dr. Brown will testify on his treatment of Ms. Small.

b. Summary of the Testimony

Dr. Brown will discuss his medical records providing treatment to Ms. Small. He will discuss the relationship between Enbrel and infections and Enbrel and Ms. Small's infections. He will also discuss the nature of her injuries and treatment required as a result of the injuries.

3. Dr. Gary Bergen (NCH Physician Group)

   a. Subject Matter on Which the Witness is Expected to Testify

   Dr. Bergen will testify on his treatment of Ms. Small.

   b. Summary of the Testimony

   Dr. Bergen will discuss his medical records providing treatment to Ms. Small. He will discuss the relationship between Enbrel and infections and Enbrel and Ms. Small's infections. He will also discuss the nature of her injuries and treatment required as a result of the injuries.

4. Dr. Justin Warner (The Surgical Group of Naples)

   a. Subject Matter on Which the Witness is Expected to Testify

   Dr. Warner will discuss his medical treatment of Ms. Small.

   b. Summary of the Testimony

   Dr. Warner will discuss his medical records providing surgical treatment to Ms. Small. He will discuss the relationship between Enbrel and infections and Enbrel

and Ms. Small's infections.  He will also discuss the nature of her injuries and treatment required as a result of the injuries.

5. Dr. Alan Goodwin (Physicians Regional Medical Center)

    a. Subject Matter on Which the Witness is Expected to Testify

    Dr. Goodwin will testify on his treatment of Ms. Small.

    b. Summary of the Testimony

    Dr. Goodwin will discuss his medical records providing a second opinion regarding RA.  He will discuss the relationship between Enbrel and infections and Enbrel and Ms. Small's infections.  He will also discuss the nature of her injuries and treatment required as a result of the injuries.

Dated this 15th day of January, 2017

PLAINTIFFS REBECCA AND LAWRENCE SMALL

                                                      By:    */s/ Keith Altman*
                                                               Excolo Law PLLC
                                                               26700 Lahser Road
                                                               Suite 401
                                                               Southfield, MI 48033
                                                               516-456-5885
                                                               kaltman@lawampmmt.com
                                                               Counsel for Plaintiff
                                                               Admitted *Pro Hac Vice*